UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AHMAD S KHAN,

        Plaintiff,

v.

AMAZON INC, et al.,

        Defendant.

CASE NO. 2:24-cv-02152-BAT

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS**

Plaintiff seeks a three-week extension of time within which to serve the Summons and Complaint on all Defendants. Dkt. 4. The current deadline for completing service under Rule 4(m) is March 26, 2025. Having reviewed the motion and for good cause shown, the Court **GRANTS** the motion.

Accordingly, it is **ORDERED** that Plaintiff shall serve the Summons and Complaint on all Defendants by **April 16, 2025**.

DATED this 19th day of March, 2025.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge