```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
 8                                     AT SEATTLE
 9
10   AHMAD S. KHAN,                              CASE NO. C24-2152JLR

11                         Plaintiff,            ORDER
              v.
12
     AMAZON INC., et al,
13
                           Defendants.
14
```

Before the court are (1) United States Magistrate Judge Brian A. Tsuchida's order to show cause why this case should not be dismissed for failure to perfect service and (2) *pro se* Plaintiff Ahmad S. Khan's response thereto. (OSC (Dkt. # 6); OSC Resp. (Dkt. # 7).) For the reasons set forth below, the court DISMISSES Mr. Khan's complaint, and this action, without prejudice for failure to perfect service.

Mr. Khan filed this action on December 26, 2024. (Compl. (Dkt. # 1).) He raises approximately 25 claims against nearly three dozen Defendants in his complaint. (*See generally id.*) On March 19, 2025, Mr. Khan moved for a three-week extension of the

ORDER - 1

1  90-day service deadline set forth in Federal Rule of Civil Procedure 4(m).  (Mot. to Extend (Dkt. # 4) at 1-2); *see* Fed. R. Civ. P. 4(m) (providing that if a defendant is not served within 90 days after the complaint is filed, the court, after giving notice to the plaintiff, must dismiss the action without prejudice).  Later that same day, Magistrate Judge Tsuchida granted the motion and ordered Mr. Khan to serve all Defendants by no later than April 16, 2025.  (3/19/25 Order (Dkt. # 5).)  Mr. Khan, however, did not file any affidavits of service before that deadline expired.  (*See generally* Dkt.)  On April 18, 2025, Magistrate Judge Tsuchida issued an order directing Mr. Khan to show cause, by no later than April 30, 2025, why the court should not dismiss this action without prejudice for failure to perfect service.  (*See generally* OSC.)  Mr. Khan filed a timely response to the order to show cause.  (*See generally* OSC Resp.)  The action was reassigned to the undersigned on May 1, 2025.  (5/1/25 Min. Order (Dkt. # 8).)

The court has carefully reviewed Mr. Khan's response and finds that he has not shown good cause for his failure to serve Defendants.  (*See generally* OSC Resp.)  The court further finds that Mr. Khan has not shown good cause to further extend the service deadline.  (*Id.*); *see* Fed. R. Civ. P. 4(m).  Accordingly, the court DISMISSES Mr. Khan's complaint, and this action, without prejudice for failure to perfect service under Rule 4(m).

Dated this 28th day of May, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2